# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 30, 2023

<u>**Via Overnight Mail and Email**</u>

Dan Shaked, Esq.
Shaked Law Group, P.C.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
ShakedLawGroup@gmail.com

Re: ***Bunting v. The Gap, Inc.***, No. 1:22-cv-07015-RPK-RLM

Dear Mr. Shaked:

On behalf of our client, The Gap, Inc. ("Gap" or "Defendant"), and pursuant to the Individual Practice Rules of the Court, enclosed please find the following documents that are being served today in connection with Gap's motion to dismiss:

- Notice of Defendant's Motion to Dismiss, dated January 30, 2023; and
- Memorandum of Law in Support of Defendant's Motion to Dismiss, dated January 30, 2023.

Sincerely,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

Enclosures

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060    T +1.212.309.6000
United States              F +1.212.309.6001