# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 22, 2023

**VIA ECF**

The Hon. Sanket J. Bulsara
United States Magistrate Judge
United States District Court Eastern District of New York
225 Cadman Plaza East, Courtroom 13C South
Brooklyn, New York 11201

**Re:    <u>Bunting v. The Gap, Inc., Case No. 22-cv-07015-RPK-SJB</u>**

Judge Bulsara:

We represent defendant the Gap, Inc. ("Gap") in the above-reference action. Pursuant to Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Rasheta Bunting ("Plaintiff"), respectfully to request that the Court adjourn the initial conference scheduled for April 28, 2023 at 12:30 p.m. while Gap's motion to dismiss is pending before the Court. Gap's motion to dismiss was fully submitted to the Court on March 17, 2023 (Dkt. Nos. 13-17), and disposition of the motion will determine the scope of discovery in this matter, if discovery is needed at all. Accordingly, counsel for Gap submits that an adjournment of the initial conference until after Gap's motion to dismiss is decided would preserve both the parties' and the Court's resources. This is Gap's first request to adjourn the initial conference. As noted above, Plaintiff's counsel has consented to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                                    F +1.212.309.6001